# Exhibit List

| | |
|---|---|
| Exhibit A | Record of Administrative Hearing |
| Exhibit B | Deposition of Deborah Antltiz |
| Exhibit C | Deposition of John McCabe |
| Exhibit D | Administrative Law Judge Decision Reversing Termination and EAB Order Adopting the Decision |
| Exhibit E | Charles O'Leary Deposition |
| Exhibit F | Troy Showerman Deposition |
| Exhibit G | Cook County Personnel Document Regarding Deborah Antlitz |
| Exhibit H | September 7, 2012 email and Hand-Written Work Order |
| Exhibit I | September 14, 2012 email between Antlitz and Michelle Gage (EAB Ex 43) |
| Exhibit J | Circuit Court of Cook County Order Reversing 29-day suspension |
| Exhibit K | Circuit Court of Cook County Order Denying Oral Motion to Stay Reinstatement |
| Exhibit L | Antlitz's Complaint for Common Law Writ of Certiorari |
| Exhibit M | Intentionally omitted |
| Exhibit N | 2013 Charge of Discrimination |
| Exhibit O | 2015 Performance Evaluation (Exhibit 23 O'Leary Deposition) |
| Exhibit P | Deposition of Brenda Occhiuzzo |
| Exhibit Q | Deposition of Christopher Merenowicz |