# EXHIBIT 3



# Cook County
# Clerk of the Circuit Court
## Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

## Case Information Summary for Case Number 2016-CH-15524

Filing Date: 11/30/2016

Case Type: ADMINISTRATIVE REVIEW

Division: Chancery Division

District: First Municipal

Ad Damnum: $0.00

Calendar: 05

### Party Information

**Plaintiff(s)**
ANTLITZ DEBORAH

**Attorney(s)**
DELANEY LAW
444 N WABASH 3RD FLO
CHICAGO IL, 60611
(312) 276-0263

**Defendant(s)**    **Defendant Date of Service**    **Attorney(s)**

COOK COUNTY DEPT OF ADMIN

STATES ATTORNEY
500 DALEY CENTER
CHICAGO IL, 60602
(312) 603-5440

FOREST PRESERVE DIST COOK

FOREST PRESERVE LEGAL DEP
69 W.WASHINGTON 2010
CHICAGO IL, 60602
(312) 603-0028

### Case Activity

Activity Date: 11/30/2016      Participant: ANTLITZ DEBORAH

ADMINISTRATIVE REVIEW COMPLAINT FILED

Court Fee: 278.00      Attorney: DELANEY LAW

Activity Date: 11/30/2016      Participant: ANTLITZ DEBORAH

FINAL DECISION/DETERMINATION FILED

Attorney: DELANEY LAW

Activity Date: 11/30/2016     Participant: COOK COUNTY DEPT OF ADMIN

SUMMONS ISSUED AND RETURNABLE

Activity Date: 11/30/2016     Participant: FOREST PRESERVE DIST COOK

SUMMONS ISSUED AND RETURNABLE

Activity Date: 11/30/2016     Participant: ANTLITZ DEBORAH

CASE ELECTRONICALLY FILED

Attorney: DELANEY LAW

Activity Date: 11/30/2016     Participant: ANTLITZ DEBORAH

CASE SET ON CASE MANAGEMENT CALL

Date: 03/30/2017
Court Time: 0930
Court Room: 2308

Judge: COHEN, NEIL H.
Attorney: DELANEY LAW

Activity Date: 12/01/2016     Participant: FOREST PRESERVE DIST COOK

APPEARANCE FILED - FEE PAID -

Attorney: FOREST PRESERVE LEGAL DEP

Activity Date: 12/13/2016     Participant: COOK COUNTY DEPT ADMIN

SUMMONS IN ADMINISTATIVE REVIEW - RETD SERVICE BY MAIL

Activity Date: 12/14/2016     Participant: FOREST PRESERVE

SUMMONS IN ADMINISTATIVE REVIEW - RETD SERVICE BY MAIL

Attorney: PRO SE

Activity Date: 12/29/2016     Participant: COOK COUNTY DEPT OF ADMIN

APPEARANCE FILED - NO FEE PAID -

Court Fee: 237.00     Attorney: STATES ATTORNEY

Activity Date: 12/29/2016     Participant: COOK COUNTY DEPT OF ADMIN

CERTIFICATE FILED

Attorney: STATES ATTORNEY

Activity Date: 12/29/2016     Participant: COOK COUNTY DEPT OF ADMIN

NOTICE OF FILING FILED

Attorney: STATES ATTORNEY

Activity Date: 02/17/2017     Participant: ANTLITZ DEBORAH

ELECTRONIC NOTICE SENT

Date: 03/30/2017
Court Time: 0930
Court Room: 2308

Attorney: DELANEY LAW
Microfilm: CH000000000

Activity Date: 02/17/2017     Participant: FOREST PRESERVE DIST COOK

ELECTRONIC NOTICE SENT

Date: 03/30/2017
Court Time: 0930
Court Room: 2308

Attorney: FOREST PRESERVE LEGAL DEP
Microfilm: CH000000000

Activity Date: 03/09/2017     Participant: ANTLITZ DEBORAH

MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 03/22/2017
Court Time: 1000

Attorney: DELANEY LAW

Activity Date: 03/09/2017     Participant: ANTLITZ DEBORAH

***CONSOLIDATE(SET FOR MOTION HEARING)

Attorney: DELANEY LAW

Activity Date: 03/14/2017     Participant: ANTLITZ DEBORAH

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Judge: COHEN, NEIL H.

Activity Date: 03/14/2017     Participant: ANTLITZ DEBORAH

STRIKE FROM MOTION CALL - ALLOWED

Date: 03/22/2017

Judge: COHEN, NEIL H.

Activity Date: 03/14/2017     Participant: ANTLITZ DEBORAH

CASE SET ON PROGRESS CALL

Date: 03/30/2017
Court Time: 0930

Judge: COHEN, NEIL H.

Activity Date: 03/30/2017     Participant: ANTLITZ DEBORAH

CASE SET ON STATUS CALL

Date: 07/17/2017
Court Time: 0900
Judge: COHEN, NEIL H.

Activity Date: 03/30/2017      Participant: ANTLITZ DEBORAH
SET BRIEFING SCHEDULE - ALLOWED -
Judge: COHEN, NEIL H.

Activity Date: 03/30/2017      Participant: COOK COUNTY DEPT OF ADMIN
SET BRIEFING SCHEDULE - ALLOWED -
Judge: COHEN, NEIL H.

Activity Date: 03/30/2017      Participant: FOREST PRESERVE DIST COOK
SET BRIEFING SCHEDULE - ALLOWED -
Judge: COHEN, NEIL H.

Activity Date: 06/09/2017      Participant: ANTLITZ DEBORAH
NOTICE OF FILING OF MEMORANDUM FILED
Attorney: DELANEY LAW

Activity Date: 06/22/2017      Participant: FOREST PRESERVE DIST COOK
MEMORANDUM FILED
Attorney: FOREST PRESERVE LEGAL DEP

Activity Date: 06/22/2017      Participant: FOREST PRESERVE DIST COOK
NOTICE OF FILING FILED
Attorney: FOREST PRESERVE LEGAL DEP

Activity Date: 07/14/2017      Participant: ANTLITZ DEBORAH
NOTICE OF FILING FILED
Attorney: DELANEY LAW

Activity Date: 10/13/2017      Participant: ANTLITZ DEBORAH
MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 10/24/2017
Court Time: 1000
Attorney: DELANEY LAW

Activity Date: 10/13/2017     Participant: ANTLITZ DEBORAH

***SET CASE MGMT. CONFERENCE(SET FOR MOTION HEARING)

Attorney: DELANEY LAW

Activity Date: 10/24/2017     Participant: ANTLITZ DEBORAH

CASE SET ON STATUS CALL

Date: 12/18/2017
Court Time: 0900

Judge: COHEN, NEIL H.

Activity Date: 10/24/2017     Participant: ANTLITZ DEBORAH

SET BRIEFING SCHEDULE - ALLOWED -

Judge: COHEN, NEIL H.

Activity Date: 10/24/2017     Participant: FOREST PRESERVE DIST COOK

SET BRIEFING SCHEDULE - ALLOWED -

Judge: COHEN, NEIL H.

Activity Date: 12/18/2017     Participant: COOK COUNTY DEPT OF ADMIN

APPEARANCE FILED - NO FEE PAID - (JURY DEMAND)

Attorney: STATES ATTORNEY

Activity Date: 12/18/2017     Participant: ANTLITZ DEBORAH

COURTS MOTION THIS CASE IS TAKEN UNDER ADVISEMENT

Judge: COHEN, NEIL H.

Activity Date: 12/18/2017     Participant: ANTLITZ DEBORAH

CASE SET ON PROGRESS CALL

Date: 01/17/2018
Court Time: 0930

Judge: COHEN, NEIL H.

Activity Date: 01/10/2018     Participant: ANTLITZ DEBORAH

STRIKE FROM THE CALL - ALLOWED -

Date: 01/18/2018

Judge: COHEN, NEIL H.

Activity Date: 01/10/2018     Participant: ANTLITZ DEBORAH

MEMORANDUM OF JUDGEMENT ENTERED

Judge: COHEN, NEIL H.

Activity Date: 01/10/2018     Participant: ANTLITZ DEBORAH

ORDER FINAL AND APPEALABLE

Judge: COHEN, NEIL H.

Activity Date: 01/10/2018     Participant: ANTLITZ DEBORAH

CASE REMANDED

Judge: COHEN, NEIL H.

Activity Date: 01/30/2018     Participant: ANTLITZ DEBORAH

STRICKEN FROM CALL, ORDER CASE DISPOSED FROM PREVIOUS FINAL ORDER

Judge: COHEN, NEIL H.

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.